Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Ste 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Li Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

Li Zhang                                                    ) Case No. C07-06374 JW
                                                           )
                                                           )
                         Plaintiff,                        )
                                                           )
             vs.                                           )
                                                           ) **PLAINTIFF'S NOTICE OF VOLUNTARY**
**Michael Mukasey**, United States Attorney                ) **DISMISSAL PURSUANT TO FEDERAL**
General;                                                   ) **RULE OF CIVIL PROCEDURE 41(a)(1)**
**Michael Chertoff**, Secretary of the Department          )
of Homeland Security;                                      )
**Emilio T. Gonzalez**, Director of United States          )
Citizenship and Immigration Services;                      )
                                                           )
                                                           )
                         Defendants                        )
                                                           )
                                                           )
                                                           )
_____                   )

    Plaintiff, by and through her attorney of record, voluntarily dismisses the above-entitled

action.

Case No. C07 06374 JW
Notice of Voluntary Dismissal

1

DATED: January 9, 2008

Respectfully Submitted,

_____/s/_____

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No. C07 06374 JW
Notice of Voluntary Dismissal