Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Ste 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Li Zhang

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/10/2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Li Zhang,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**Michael Mukasey**, United States Attorney General;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>　　　　Defendants | Case No. C07-06374 JW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

　　　Plaintiff, by and through her attorney of record, voluntarily dismisses the above-entitled action.

DATED: January 9, 2008

Respectfully Submitted,

\_\_\_\_/s/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiff

**IT IS SO ORDERED:**

The Court finds that any pending hearings are vacated, any pending deadlines are terminated and any pending motions are withdrawn.

The Clerk shall close the file.

Date: January 10, 2008                         _____
                                                                United States District Court Judge